# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

September 11, 2009

No. 08-31229
Summary Calendar

Charles R. Fulbruge III
Clerk

JONATHAN JAY PARKER,

Plaintiff - Appellant

v.

ASRC OMEGA NATCHIQ, Corporate Parent Arctic Slope Regional Corp,
Corporate Parent ASRC Energy Services,

Defendant - Appellee

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:08-CV-583

Before REAVLEY, DAVIS, and HAYNES, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed for the reasons given by that court on November 7, 2008.

Mr. Parker has not presented evidence that he is disabled by high blood pressure. One reading that delayed his employment cannot support a finding

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

of disability.  And the OSHA or citation relative to a follow-up examination adds nothing.

Furthermore, there is no evidence that would support a finding that actual or perceived hypertension was related to his discharge.

AFFIRMED.